44 P.3d 287

**April 18, 2002**

| | | |
|---|---|---|
| 22873 | Foytik v. Chandler | Affirmed |
| 24017 | State v. Unciano | Affirmed |